NYCTL 1998-2 Trust, Respondent, v Norman Ackerman, Appellant, et al., Defendants.

Submitted January 23, 2012; decided April 26, 2012

Reported below, 82 AD3d 447.

Motion for leave to appeal dismissed as untimely. The prior motion for leave to appeal made to the Appellate Division was untimely (*see* Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [3d ed rev]). Motion for poor person relief dismissed as academic.

---

The People of the State of New York, Respondent, v Rafael L. Belliard, Appellant.

Submitted April 9, 2012; decided April 26, 2012

Reported below, 89 AD3d 1443.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

---

The People of the State of New York, Respondent, v Stephen DeProspero, Appellant.

Submitted April 9, 2012; decided April 26, 2012

Reported below, 91 AD3d 39.

Motion for assignment of counsel granted only to the extent that Frank Policelli, Esq., 10 Steuben Park, Utica, New York 13501 is assigned without fee to represent appellant on the appeal herein. Counsel may, however, apply for reimbursement of necessary disbursements incurred in connection with the assignment.